13

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~███████~~ DISTRICT OF OHIO
_____ DIVISION

Received
~~FILED~~

JUL 11 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

**Robert W. Johnson,**
(Enter Above the Name of the Plaintiff in this Action)

vs.

**Robert J. Young, et q**
(Enter above the name of the Defendant in this Action)

Case: 2:22-cv-11842
Judge: Hood, Denise Page
MJ: Patti, Anthony P.
Filed: 08-10-2022
CMP JOHNSON VS. YOUNG ET AL (DP)

If there are additional Defendants, please list them:

Franklin County Board of Commissioners, Franklin County Domestic Relations and Juvenile Court, Ohio Civil Rights Commission, Lori Barreras, J. Rita McNeil Danish, Mike DeWine, William Patmon III, Madhu Singh, Charlie Winburn, Angela Phelp-White, Aman Mehra & Andrea C. Hofer.

**COMPLAINT**

I. Parties to the action:

Plaintiff:   Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

**Robert W. Johnson**
Name - Full Name Please - PRINT

**112 COURT ST. APT.2**
Street Address

**WATERTOWN, NY 13601**
City, State and Zip Code

_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

N/A

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Franklin County Board of Commissioners
   Name - Full Name Please
   373 S. High St.; 25TH Floor; Columbus, OH 43215.
   Address: Street, City, State and Zip Code

2. Franklin County Domestic Relations and Juvenile Court
   373 S. High St.; 13TH Floor; Columbus, OH 43215.

3. Ohio Civil Rights Commission
   30 E. Broad St.; 4TH Floor; Columbus, OH 43215.

4. Lori Barreras
   30 E. Broad St.; 4TH Floor; Columbus, OH 43215.

5. J. Rita McNeil Danish
   30 E. Broad St.; 4TH Floor; Columbus, OH 43215.

6. Mike DeWine
   30 E. Broad St.; 4TH Floor; Columbus, OH 43215.

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
    [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
    [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
    [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title _____ United States Code, Section _____
    [Other federal status giving the court subject matter jurisdiction.]

Defendants:

7. William Patmon III
   30 E. Broad St.; 4th Floor; Columbus, OH 43215.

8. Madhu Singh
   30 E. Broad St.; 4th Floor; Columbus, OH 43215.

9. Charlie Winburn
   30 E. Broad St.; 4th Floor; Columbus, OH 43215.

10. Angela Phelps-White
    30 E. Broad St.; 4th Floor; Columbus, OH 43215.

11. Aman Mehra
    30 E. Broad St.; 4th Floor; Columbus, OH 43215.

12. Andrea C. Hofer
    30 E. Broad St.; 4th Floor; Columbus, OH 43215.

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Robert W. Johnson was discriminated against and denied Employment by Franklin County Board of Commissioners, Franklin County Domestic Relations and Juvenile Court, Robert J. Young and Andrea C. Hofer, Ohio Civil Rights Commission, Lori Barreras, J. Rita McNeil Danish, Mike DeWine, William Patmon III, Madhu Singh, Charlie Winburn, Angela Phelps-White and Aman Mehra denied Robert W. Johnson Due Process Rights and merits for above-said Employment Discriminations.

-3-

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

$100,000,000.00 for punitive damages; Employment; All other Reliefs Just and Proper.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 25TH day of June, 2022.

_Robert W. Johnson_
Signature of Plaintiff

-4-

Defendants:
Franklin County Board of Commissioners, Franklin County Domestic Relations and Juvenile Court, Ohio Civil Rights Commission, Lori Barreras, J. Rita McNeil Danish, Mike DeWine, William Patmon III, Madhu Singh, Charlie Winburn, Angela Phelps-White, Aman Mehra & Andrea C. Hofer.

# OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Lori Barreras – Chair
William W. Patmon, III
Madhu Singh
J. Rita McNeil Danish
Charlie Winburn



Angela Phelps-White,
Executive Director

---

**Charging A. Party,** )
)
    **Robert W. Johnson** )
)
v. )  **Charge No.** COLB1(49164)11192021
)                    22A-2022-00585C
**Respondent,** )
)
**Franklin County** )
**Domestic Relations and Juvenile Court** )

---

## NOTICE OF RIGHT TO SUE

---

Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdiction over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

                                                     **FOR THE COMMISSION**

                                                     Aman Mehra
                                                     Columbus Regional Director
                                                     30 E. Broad St., 4th Floor
                                                     Columbus, OH 43215
                                                     (614) 466-5928

                                                     Date mailed: 06/23/2022

# OHIO CIVIL RIGHTS COMMISSION

Governor Mike DeWine
Commissioners: Lori Barreras, Chair | J. Rita McNeil Danish | William Patmon, III | Madhu Singh | Charlie Winburn
Executive Director Angela Phelps-White

June 23, 2022                                                                                          ***Mailed on June 23, 2022

Robert W. Johnson                                           Robert J. Young, Human Resources Director
112 Court St.                                                     Franklin County Board of Commissioners
Apt. 2                                                               373 S. High Street
Watertown, NY  13601                                      25 FL
                                                                        Columbus, OH  43215
E: robjoh2022@gmail.com                                E: rjyoung@franklincountyohio.gov

## LETTER OF DETERMINATION

Robert W. Johnson v. Franklin County
Domestic Relations and Juvenile Court
COLB1(49164)11192021;22A-2022-00585C

**FINDINGS OF FACT:**
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission ("Commission") alleging Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met.

After receiving the charge, the Commission conducted an investigation into Charging Party's allegation(s) against Respondent. During the investigation, the Commission considered relevant documents and testimony. The information gathered does not support a recommendation that Respondent unlawfully discriminated against Charging Party. Specifically, the Commission found upon learning of Charging Party's inquiry for employment on Indeed.com, Respondent invited him to open interviews; however, Charging Party did not attend, nor did he submit an application.

**DECISION:**
The Ohio Civil Rights Commission determines it is **NOT PROBABLE** that Respondent has engaged in an unlawful discriminatory practice in violation of Ohio Revised Code Chapter 4112. Therefore, the Commission hereby orders that this matter be **DISMISSED**.

Please refer to the enclosed **NOTICE OF RIGHT TO SUE** for additional information on Charging Party's suit rights.

**NOTICE OF RIGHT TO REQUEST RECONSIDERATION:**
Pursuant to Ohio Administrative Code § 4112-3-04, you have the right to request reconsideration of the Commission's determination. The application must be in writing and state specifically the grounds upon which it is based. You must submit the request for reconsideration, along with all additional evidence or supporting documentation, within **TEN (10) days** of the date of mailing of this notice. This request must

Robert W. Johnson v. Franklin County
Domestic Relations and Juvenile Court
COLB1(49164)11192021;22A-2022-00585C
Page 2

be sent to the Compliance Department, Ohio Civil Rights Commission, 30 East Broad Street, 5th Floor, Columbus, Ohio 43215. Any application for reconsideration received after the ten-day period has expired will be deemed untimely. The Commission's Rules do not permit any employee of the Commission to grant any extension to this ten-day filing period. If you wish to appear before the Commissioners to present oral arguments in support or your request for reconsideration, you must specifically make a request to appear in writing.

**FOR DUAL FILED CHARGES ONLY:**
If your charge was filed with both the Commission and the U. S. Equal Employment Opportunity Commission (EEOC), you have the right to request that the EEOC conduct a review of the Commission finding. The request for such a review must be sent directly to the EEOC State and Local Coordinator at 101 W. Ohio St., Suite 1900, Indianapolis, IN 46204. To secure such a review, you must request it in writing within **FIFTEEN (15) days** of Commission's finding, unless you request a reconsideration by Commission. In that event, our final finding, and the time for you to request review by EEOC, will be determined by Commission's action on your reconsideration request.

**NOTICE OF RIGHT TO PETITION FOR JUDICIAL REVIEW:**
A determination of the Commission that constitutes a Final Order is subject to judicial review, wherein the court reviews the contents of this letter and determines if there are sufficient factual findings supporting why the Commission did not issue a complaint. A petition for judicial review must be filed in the proper common pleas court within **THIRTY (30) days** of the date the Commission mailed this Final Order. The right to obtain judicial review and the mode and procedure thereof is set forth in Ohio Revised Code § 4112.06.

The judicial review process is not a means to reexamine the investigation or further pursue your allegations through the Commission. You may consult with an attorney for information on available options.

A Probable Cause finding is not a Final Order and is not subject to judicial review by a court. All other determinations of the Commission constitute a Final Order and are subject to judicial review by a court.

FOR THE COMMISSION,

Aman Mehra
Regional Supervisor
Aman.Mehra@civ.ohio.gov

Robert W. Johnson v. Franklin County
Domestic Relations and Juvenile Court
COLB1(49164)11192021;22A-2022-00585C
Page 3

| | | |
|---|---|---|
| cc: | Representative for Charging Party:<br>N/A<br><br><br><br><br>E: | Representative for Respondent:<br>Andrea C. Hofer, Assistant Prosecuting Attorney<br>Franklin County Domestic Relations & Juvenile Court<br>373 S. High St.<br>13th Floor<br>Columbus, Ohio 43215<br>E:  ahofer@franklincountyohio.gov |

**PRO SE CORPORATION** — **DEFAULT JUDGEMENT / WHISTLEBLOWER**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert W. Johnson

**DEFENDANTS**
(Cont.) Robert J. Young,

(b) County of Residence of First Listed Plaintiff: **Jefferson**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Franklin**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
112 Court St., Apt. 2, Watertown, NY 13601

Attorneys *(If Known)*
N/A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CIVIL RIGHTS** — [X] 442 Employment, 443 Housing/Accommodations (circled)

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: **Federal Question; Employment Discriminations**
Brief description of cause: **Employment Discriminations; Due Process Violations**

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ **$100,000,000.00**
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*: JUDGE _____  DOCKET NUMBER _____

DATE: **06/25/2022**
SIGNATURE OF ATTORNEY OF RECORD: **Robert W. Johnson**

**FOR OFFICE USE ONLY**
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, served a copy of Civil Cover Sheet, Civil Complaint & IFP Application on 06/25/2022 upon:

1. ~~Court Clerk: U.S. Courts: RWJ 125 MARKET ST.; YOUNGSTOWN, OH 44503.~~

1. Court Clerk: U.S. Courthouse; 231 W. LAFAYETTE BLVD.; DETROIT, MI 48226.

Robert W. Johnson
Robert W. Johnson

06/25/2022

